

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      Gregory Goodnight v. The State of Texas

Appellate case number:    01-22-00469-CR

Trial court case number:  19-CR-1951

Trial court:              212th District Court of Galveston County

Appellant, Gregory Goodnight, with an agreed punishment recommendation from the State, pleaded guilty to the felony offense of fraudulent securing of document execution. *See* TEX. PENAL CODE ANN. § 32.46(b)(7). In accordance with the plea agreement, the trial court, on November 29, 2021, assessed appellant's punishment at confinement for twelve years and ordered appellant to pay restitution in the amount of $347,121.68. On May 24, 2022, appellant filed a pro se notice of appeal.

On October 6, 2022, the Court dismissed the appeal for lack of jurisdiction. *See Goodnight v. State*, No. 01-22-00469-CV, 2022 WL 5226199, at *1–2 (Tex. App.—Houston [1st Dist.] Oct. 6, 2022, no pet. h.) (mem. op., not designated for publication). The Court concluded that it lacked jurisdiction over the appeal because appellant failed to timely file a notice of appeal. *Id.*; *see also Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (absent timely filed notice of appeal, appellate court lacks jurisdiction to address merits of appeal and can take no action other than to dismiss appeal). Further, the Court lacked jurisdiction over the appeal because appellant voluntarily pleaded guilty to the charged offense. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02; TEX. R. APP. P. 25.2(a)(2) (in plea-bargain case, defendant may only appeal those matters raised by written motion filed and ruled on before trial or after getting trial court's permission to appeal).

On October 13, 2022, appellant filed a "Motion for Pro Se Access to the Appellate Record." In his motion, appellant requests that the Court "order the Clerk of this Court to transmit a copy of the appellate record to appellant." Appellant's motion for pro se access to the appellate record is **granted**. The trial court clerk is directed to provide a copy of the clerk's record, filed with the Clerk of this Court on July 12, 2022, to appellant **within ten days of the date of this order,** at no cost to appellant. The court reporter for the 212th District Court of Galveston County is further directed to provide a copy of the reporter's

record, filed with the Clerk of this Court on July 5, 2022, to appellant **within ten days of the date of this order**, at no cost to appellant.

The appellate record shall be delivered to appellant at the address provided on his motion for access to the appellate record:

Gregory Goodnight
TDCJ # 02375846
Estelle Unit
264 F.M. 3478
Huntsville, Texas 77320

The trial court clerk and court reporter shall further certify to this Court, within fourteen days of the date of this order, the date of delivery of the appellate record to appellant.

It is so ORDERED.


Judge's signature: ___/s/ Amparo Guerra_____
            ☑ Acting individually     ☐ Acting for the Court

Date: ___October 25, 2022_____